**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:24-cr-96 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| CHADRICK WEAVER | ) | Magistrate Judge Dumitru |

**ORDER**

United States Magistrate Judge Mike Dumitru filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count Three of the Indictment; (2) accept Defendant's guilty plea as to Count Three of the Indictment; (3) adjudicate the Defendant guilty of Count Three of the Indictment; (4) defer a decision on whether to accept the plea agreement [Doc. 49] until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter. [Doc. 59]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation [Doc. 59] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count Three of the Indictment is **GRANTED**;
2. Defendant's plea of guilty to Count Three is **ACCEPTED**;
3. Defendant is hereby **ADJUDGED** guilty of Count Three;
4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **December 3, 2026, at 10:00 a.m. ET** before the undersigned.[1]

**SO ORDERED.**

/s/*Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

[1] The Court recognizes the Government has a pending Unopposed Motion for Pre-trial Mental Health Evaluation for Determination of Existence of Insanity at the Time of the Offense [Doc. 62], the resolution of which will impact the applicable advisory guidelines range for Defendant. Should this motion remain pending as Defendant's sentencing date approaches, the parties may move to continue the sentencing hearing. But for now, the Court will keep Defendant's sentencing hearing as scheduled.


Case 1:24-cr-00096-CEA-MJD Document 63 Filed 08/17/26 Page 2 of 2 PageID #: 233